PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (206) 615-2748
    E-Mail: michael.j.mullen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ERICA RAE MCGEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-01069-AC<br><br>STIPULATION FOR REMAND<br>[~~PROPOSED~~] ORDER |

    The parties, through their respective counsel, STIPULATE to the following matters. The Commissioner's final decision shall be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ).  Upon remand, the Appeals Council will vacate the prior ALJ decision and instruct an ALJ to offer Plaintiff the opportunity for a hearing, further develop the record, and issue a new decision.

    Remand shall be made under sentence four of 42 U.S.C. § 405(g).  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  Plaintiff shall be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

```
                                        Respectfully submitted,

Dated:  August 7, 2024                  /s/ Francesco P. Benavides
                                        FRANCESCO P. BENAVIDES
                                        Attorney for Plaintiff
                                        (*signature authorized via e-mail Aug. 5, 2024)


Dated:  August 7, 2024                  PHILLIP A. TALBERT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation, Office 7


                                By:     /s/  Michael J. Mullen
                                        MICHAEL J. MULLEN
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

                                        OF COUNSEL TO DEFENDANT:

                                        ANTHONY M. SERDYNSKI, JR.
                                        Attorney, Office of Program Litigation, Office 7
                                        Office of the General Counsel
                                        Social Security Administration
                                        6401 Security Boulevard
                                        Baltimore, MD 21235
                                        Email: anthony.serdynski@ssa.gov
```

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that this case is REMANDED for further administrative proceedings. Upon remand, the Appeals Council shall instruct the ALJ to offer the claimant the opportunity for a hearing, further consider the claimant's ability to do other work at step five of the sequential evaluation process, take any further action needed to complete the administrative record, and issue a new decision.

Dated: August 9, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE